**Dated: March 11, 2020**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

---

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

| | |
|---|---|
| In re | |
| IVAN K. PHILLIPS and | Case No. 17-30589-K |
| LINDA A. PHILLIPS, | Chapter 7 |
| Debtors. | |

---

| | |
|---|---|
| IVAN K. PHILLIPS and | |
| LINDA A. PHILLIPS, | |
| Debtors/Plaintiffs, | |
| v. | Adv. Proc. 18-00143 |
| INTERNAL REVENUE SERVICE, | |
| Defendant. | |

---

### ORDER TRANSFERRING ADVERSARY PROCEEDING

---

It appears to the Court, sua sponte, that in the interest of judicial economy, the Honorable David S. Kennedy has agreed to transfer this Chapter 7 case in addition to all related adversary proceedings to the Honorable Jennie D. Latta, who has agreed to accept such transfer.

For good cause shown, it is **ORDERED** that the instant case as well as all related adversary proceedings are hereby transferred to Judge Latta. The Bankruptcy Court Clerk is directed to give notice of this transfer to all creditors and interested parties.


Cc:	Debtors
	Attorney for Debtors
	Chapter 7 Trustee
	United States Trustee
	Matrix